AO 106 (Rev. 04/010) Application for Search Warrant    AUTHORIZED AND APPROVED/DATE:  /S Bow Bottomly 10/10/2025

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF OKLAHOMA

In the Matter of the Search of )
)
A Dark Gray 2025 Tesla )   Case No: MJ-25-601-CMS
VIN: 5YJ3E1EB6SF055412 with a Missouri )
Tag: 00871RB )

## APPLICATION FOR SEARCH WARRANT

I, a federal law enforcement officer or attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

See Attachment A, which is attached and incorporated by reference.

Located in the Western District of Oklahoma, there is now concealed:

See Attachment B, which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim.P.41(c) is(*check one or more*):
- ☒ evidence of the crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2250(a) | Failure to Register |
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |

The application is based on these facts:

See attached Affidavit of Criminal Investigator Devin Tiger, United States Marshals Service, which is incorporated by reference herein.

☒ Continued on the attached sheet(s).
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet(s).

*Applicant's signature*

Devin Tiger
Criminal Investigator
United States Marshals Service

Sworn to before me and signed in my presence.

Date: October 10, 2025

City and State: Oklahoma City, Oklahoma

*Judge's signature*
CHRIS M. STEPHENS, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Devin Tiger, am a Deputy United States Marshal with the United States Marshals Service, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I make this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the Dark Gray 2025 Tesla VIN: 5YJ3E1EB6SF055412 with a Missouri Temporary Tag: 00871RB, (hereinafter the "SUBJECT VEHICLE") further described in Attachment A, for the items described in Attachment B.

2. I, Devin Tiger, am a Criminal Investigator with the United States Marshals Service and have been since February 2022 and I am currently assigned to the Western District of Oklahoma. I have completed the United States Air Force Security Forces Academy at Lackland Air Force Base in San Antonio, Texas in 2009, the United States Indian Police Academy at the Federal Law Enforcement Training Center in Artesia, New Mexico in 2020, and the Basic Deputy United States Marshals Integrated Training Academy at the Federal Law Enforcement Training Center in Glynco, Georgia in 2022. Throughout my tenure in Federal Law Enforcement I have participated in a variety of investigations including violations of 18 U.S.C. § 2250(a) and violations of 18 U.S.C. § 922(g).

3. The information contained in this Affidavit is based upon my personal knowledge and observation, my training and experience, conversations with other law enforcement officers and witnesses, and review of documents and records. As shown below, there is probable cause to believe that Darrick GARNER (GARNER) failed to register as a sex offender, in violation of Title 18 U.S.C. § 2250(a), and possessed a firearm while a felon, in violation of Title 18 U.S.C. § 922(g). This Affidavit is made in support of an application for a warrant to search the SUBJECT VEHICLE currently located at the Braums Dairy Farm Bakery at 491 County Road 2880, Tuttle, OK 73089, which is described in detail in Attachment A to this Affidavit, for the items specified in Attachment B hereto, which constitute instrumentalities, fruits, and evidence of violations of Title 18 U.S.C. § 2250(a) and Title 18 U.S.C. § 922(g).

4. Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me regarding this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support the issuance of a search warrant.

5. The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

## STATEMENT OF FACTS AND PROBABLE CAUSE

6. On August 19, 2010, GARNER was convicted of two counts of Rape of a Child under the age of 12 and one count of aggravated sexual contact with a child, in

violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920, while GARNER was an active-duty Army Soldier and stationed at Wiesbaden Army Air Field, Germany. GARNER was sentenced to 18 months of confinement as a result of this charge.

7. GARNER was also convicted in the United States District Court for the Northern District of Oklahoma for failing to register as a sex offender, a violation of Title 18 U.S.C. § 2250(a) in 2014. He was sentenced to 60 months of probation.

8. On September 25, 2025, a federal arrest warrant was issued in the United States District Court for the Western District of Oklahoma for Darrick GARNER based on a Criminal Complaint in Case No. M-25-564-STE. The Complaint alleges GARNER failed to register as a sex offender, a violation of Title 18 U.S.C. § 2250(a).

9. It was determined during the investigation into GARNER that he was living under the name Darrick Feinauer. It was also determined that GARNER had obtained a driver's license in the State of Oklahoma on April 30, 2024, under the name of Darrick FEINAUER with stated home address in Yukon, Oklahoma.

10. GARNER was arrested on October 4th, 2025, at the Braums Dairy Farm Bakery located at 491 County Road 2880, Tuttle, OK 73089. GARNER's Tesla (Described in attachment A) was located in the Braums Dairy Farm Bakery parking lot. Law enforcement observed GARNER exit the Tesla, enter the Bakery and return a few moments later to the Tesla. Law enforcement surrounded GARNER's Tesla and had GARNER step out of the vehicle where he was placed under arrest. Numerous documents were observed on the dashboard of the vehicle. GARNER was booked into a local jail after the arrest where GARNER gave the false name of Darius Gardner to the jail staff during booking.

11. On October 6, 2025, GARNER appeared at his initial appearance and admitted his name is Darrick GARNER.

12. On October 6, 2025, R.O., a Braums Bakery Manager, contacted me to ask about the status of GARNER's Tesla and if we were going to tow the vehicle. R.O. was worried about towing the vehicle because another employee had reported that there was a gun in the vehicle. I asked R.O. if he had more information about there being a firearm in the vehicle. R.O. stated GARNER was asking employees how to get a firearm without an Oklahoma driver's license and told other supervisors that if anyone came to the Bakery asking about him that they should tell them that he does not work there anymore.

13. On October 8, 2025, GARNER contacted a person by telephone from the Grady County Jail. The telephone system informs the caller that the phone conversation will be recorded. GARNER informed the person that the worst thing is that his identification and social security card are in the Tesla, and he would have to start all over and work to get it all back. Based on the context of the call, it seems like these documents may be related to GARNER's alternate name of Feinauer. GARNER also informed this person that he was booked under his name and that he didn't want "them to fuck up the other name because when he gets out he wants to go back to a good job." GARNER also informed this person that he could not get pretrial release because he didn't have an address to live at. This last statement falls in line with the investigation into GARNER's living situation. It is believed that GARNER was living out of his Tesla and at the time of his arrest he was currently homeless.

14. On October 10, 2025, R.O. again contacted me to state that the employee

confirmed the firearm was a Smith & Wesson M&P Red Dot and that the employee had seen the firearm in the vehicle that GARNER was living in.

15. As set forth more fully herein, given that people will store and maintain personal property where they are currently living, in this case GARNER was living in his Tesla, it is a high probability that GARNER will have items such as identification, mail, and other possible correspondence in the SUBJECT VEHILCE along with a Firearm.

16. This search warrant is being requested to search for instrumentalities, fruits, and evidence that GARNER committed the offenses of failure to register, violation of Title 18 U.S.C. § 2250(a), and felon in possession of a firearm, a violation of 18 U.S.C. § 922(g). Specifically, this evidence relates to GARNER's identity, use of alternate identities over the last few months and years, residence over the last few months, and whether GARNER, a felon, has recently possessed a firearm and is storing a firearm the SUBJECT VEHICLE.

## CONCLUSION

17. Based on the foregoing, there is probable cause to believe that the federal criminal statutes cited herein have been violated, and that the contraband, property, evidence, fruits, and instrumentalities of these offenses, more fully described in Attachment B, are located in the vehicle described in Attachment A. Therefore, I respectfully request that this Court issue a search warrant for the SUBJECT VEHICLE described in Attachment A, authorizing the search and seizure of the items described in Attachment B.

*[signature]*
Devin Tiger
Criminal Investigator
United States Marshals Service
Department of Justice

Subscribed and sworn to before me this 10th day of October, 2025.

*[signature: Chris M. Stephens]*
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## DESCRIPTION OF THE PROPERTY TO BE SEARCH

The subject vehicle to be searched is a dark gray 2025 Tesla VIN: 5YJ3E1EB6SF055412, Missouri Temporary Tag: 00871RB (the "SUBJECT VEHICLE"). **SUBJECT VEHICLE** is currently located in the Braums Dairy Farm Bakery parking lot at 491 County Road 2880, Tuttle, Oklahoma 73089.

**Photographs of the SUBJECT VEHICLE are provided below:**





## ATTACHMENT B

*Description of Items to Be Seized*

The following items to be seized that constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use, or which is or has been used as the means of committing a criminal offense, namely offenses of failure to register, violation of Title 18 U.S.C. § 2250(a), and felon in possession of a firearm, a violation of 18 U.S.C. § 922(g):

1. Firearms and ammunition;
2. Firearms accessories, parts, and parts kits, including upper receivers, barrels, trigger mechanisms, stocks, holsters magnets, bullet button locks, sights, forward pistol grips, and bi/tripods;
3. Finished and unfinished firearm lower receivers;
4. Items used for the storage or display of firearms, including but not limited to display cases, safes, and other storage containers;
5. Documents or other items showing occupancy, ownership, or rental of the SUBJECT VEHICLE, including rental or ownership receipts, or keys;
6. Records, information, and items relating to any other alias or residency in Oklahoma, including bills, mail envelopes, or addressed correspondence, or identification card
7. Records and information relating to the identity or location of the persons suspected of violating the statutes described above.
8. Photographs to be taken of any of the above listed items that may belong to GARNER.